

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00393-CV

**IN RE** Ernesto **CORDERO**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Irene Rios, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: September 11, 2024

PETITION FOR WRIT OF MANDAMUS DENIED WITHOUT PREJUDICE

On June 7, 2024, relator Ernesto Cordero filed a petition for writ of mandamus. In the petition, Cordero asks this court to order the presiding judge of the 45th Judicial District Court of Bexar County, Texas to vacate its orders, including the "Emergency Temporary Ex Parte Protective Order and Order Setting Hearing," in the underlying cause. Based on the mandamus record before us, the emergency temporary ex parte protective order expired twenty days after its issuance on December 22, 2023.

After considering the petition and the record, including the expired emergency temporary ex parte protective order, this court concludes relator has not demonstrated that he is entitled to

---

[1] This proceeding arises out of Cause No. 2023-CI-26915, styled *In the Matter of the Marriage of Lori Fine and Ernesto Cordero and In the Interest of V.F., a child*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Christine Vasquez-Hortick presiding.

the relief sought. Accordingly, we deny the petition for writ of mandamus without prejudice.[2] *See*

TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[2] We express no opinion on whether Texas can assert personal jurisdiction over Ernesto Cordero in this proceeding or any other proceeding, including the separate suit affecting the parent child relationship referred to in Cordero's petition for writ of mandamus.